# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER 08mj1435 |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| OSCAR Yibram Garcia-Carmona | ) | Booking No. 06798 298 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __6/5/08__ the Court entered the following order:

__✓__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

__✓__ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other._____

LOUISA S. PORTER
UNITED STATES MAGISTRATE JUDGE

OR
W. SAMUEL HAMRICK, JR.   Clerk
by

Received _____ DUSM

Deputy Clerk

Crim-9   (Rev 6-95)

★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY